**DISMISS and Opinion Filed September 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00753-CR**

**MALACHI BROADY DAVIDSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82918-2019**

## MEMORANDUM OPINION

Before Justices Schenck, Smith, and Garcia
Opinion by Justice Schenck

Before the Court is appellant's September 9, 2021 motion to dismiss the appeal, signed by appellant and his counsel. We grant the motion and dismiss this appeal.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
210753F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MALACHI BROADY DAVIDSON,
Appellant

No. 05-21-00753-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 416th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 416-82918-
2019.
Opinion delivered by Justice
Schenck. Justices Smith and Garcia
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered September 21, 2021